UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EL FAROLITO, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04858-JST<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Plaintiffs having filed a Notice of Need for Mediation, ECF No. 18, and the court having appointed a mediator, ECF No. 19, the Case Management Conference scheduled for May 14, 2014 is VACATED.

If the case does not resolve at mediation within 77 days of the mediator's filing of a Certification of ADR Session reporting that the mediation process is concluded, plaintiff shall file a Motion for Administrative Relief pursuant to Civil Local Rule 7-11 requesting a Case Management Conference.  N.D. Cal. General Order No. 56.

**IT IS SO ORDERED.**

Dated: May 12, 2014

                                              JON S. TIGAR
                                      United States District Judge