Christine Tour-Sarkissian (SBN 118794)
Phil Foster (SBN 262120)
**TOUR-SARKISSIAN LAW OFFICES, LLP**
211 Gough Street, Third Floor
San Francisco, CA 94102
Telephone (415) 626-7744
Facsimile (415) 626-8189

Attorneys for Defendants
EL FAROLITO, INC., *dba* EL FAROLITO;
SALVADOR LOPEZ and BALVINA LOPEZ
as Trustees of the Salvador Lopez and Balvina
Lopez Living Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IRMA RAMIREZ; and DAREN HEATHERLY, Plaintiffs, v. EL FAROLITO, INC., a California Corp. dba EL FAROLITO; and SALVADOR LOPEZ and BALVINA LOPEZ as Trustees of the Salvador Lopez and Balvina Lopez Living Trust; Defendants. | Case No.: CV-13-4858-JCS<br><br>**STIPULATION AND [PROPOSED] RE: EXTEND MEDIATION DEADLINE.**<br>**[ADR – Local Rule 6-5(a)]**<br><br>New Deadline:     09/12/14<br>Previous Deadline: 08/07/14 |
|---|---|

Plaintiffs, IRMA RAMIREZ and DAREN HEATHERLY, represented by Thomas E. Frankovich and Defendants, EL FAROLITO, INC. et al., represented by Christine Tour-Sarkissian, hereby stipulate to extend the deadline to complete mediation currently scheduled for September 5, 2014, with William Murphy, Esq., from August 7, 2014, to September 12, 2014.

1

STIPULATION AND [PROPOSED] ORDER RE: EXTEND MEDIATION DEADLINE

IT IS SO STIPULATED.

Dated: August 5, 2014

THOMAS E. FRANKOVICH, APLC

*[signature]*

THOMAS E. FRANKOVICH
Attorney for Plaintiffs,
IRMA RAMIREZ and DAREN HEATHERLY

Dated: August 4, 2014

TOUR-SARKISSIAN LAW OFFICES, LLP

By: *[signature]*

CHRISTINE TOUR-SARKISSIAN
Attorneys for Defendants
EL FAROLITO, INC., dba EL FAROLITO;
SALVADOR LOPEZ and BALVINA LOPEZ
as Trustees of the Salvador Lopez and Balvina
Lopez Living Trust

Good cause now appearing, **IT IS SO ORDERED.**

Date: August 7, 2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IT IS SO ORDERED**
*[signature]*
Judge Jon S. Tigar

2
STIPULATION AND [PROPOSED] ORDER RE: EXTEND MEDIATION DEADLINE