UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br>    Plaintiffs,<br>        v.<br>EL FAROLITO, INC., et al.,<br>    Defendants. | Case No.  13-cv-04858-JST<br><br>**ORDER TO SHOW CAUSE** |

On September 5, 2014, the parties notified the Court that they had settled this action.  See ECF No. 23.  Accordingly, on September 8, 2014, the Court issued an order vacating all deadlines and hearings, and ordering the parties to file, by October 20, 2014, either a stipulation of dismissal or a one-page joint statement explaining why they failed to file such a stipulation.  ECF No. 24.  The Court also set a case management conference on today's date, November 5, 2014, and provided that the conference would be automatically vacated if the stipulation of dismissal were timely filed.

No stipulation of dismissal, or anything else, was filed by October 20, 2014.  No one appeared at today's case management conference.  Counsel did not contact the Court before or after today's hearing to provide a reason for their non-appearance.  The case has not been dismissed.

Accordingly, good cause appearing, counsel for the parties, and each of them, are ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed against them for violation of the Court's prior orders.  A hearing on this order will take place on Tuesday, November 25, 2014 at 9:30 a.m.  Counsel shall file a written response to this order by November 18, 2014.  At the hearing, the Court will consider counsel's written responses as well as whether

1  counsel have by that time complied with the Court's earlier orders.  See <u>Air Separation, Inc. v.
2  Underwriters at Lloyd's of London</u>, 45 F.3d 288, 291 (9th Cir. 1995) (district has the discretion to
3  impose monetary sanctions for the violation of court orders).

4  **IT IS SO ORDERED.**

5  Dated:  November 5, 2014

6  _____
7  JON S. TIGAR
   United States District Judge

2