# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>EL FAROLITO, INC., et al., <br><br>　　　　Defendants. | Case No.  13-cv-04858-JST <br><br> **MINUTE ORDER NOTING DISMISSAL** <br><br> Re: ECF Nos. 24, 26, 27 |

The parties have filed a stipulation of dismissal dated November 13, 2014, stating that they have agreed to a settlement of this action. ECF No. 27. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. All deadlines in this case, including the deadline to file responses to the Order to Show Cause at ECF No. 26, are hereby VACATED. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 16, 2014

_____
JON S. TIGAR
United States District Judge